UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Mag No. 1:16-MJ-157 |
| vs. | ) N.D. of AL Dist. Case No. 5:16-cr-80 |
| | ) |
| JEREMY AARON KIDWELL | ) Judge Steger |
| | ) |

## MEMORANDUM AND ORDER

Defendant Jeremy Aaron Kidwell ("Defendant") came before the Court on June 14, 2016, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure, for an initial appearance on an Indictment (hereinafter the "Indictment") out of the Northern District of Alabama.

After being sworn in due form of law, Defendant was informed or reminded of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Federal Defender Services of Eastern Tennessee, Inc. (specifically, Anthony Martinez) to represent Defendant at the hearing.

Defendant was furnished with a copy of the Indictment and had an opportunity to review that document with his attorney. The Court determined that Defendant was capable of being able to read and understand the Indictment. At the Court's request, AUSA Perry Piper explained to Defendant the offense detailed in the Indictment. Defendant acknowledged that he understood the offense with which he is charged in the Indictment.

The Court explained to Defendant that he had a right to an identity hearing to determine whether he is the person named in the Indictment; a right to production of the warrant (or a certified copy or electronic copy); and a detention hearing should the government seek detention pending trial. The Court further explained to Defendant that he had a right to transfer these proceedings to the prosecuting district, which, in this case, is the Northern District of Alabama.

Following consultation with his counsel, Defendant agreed to waive an identity hearing, production of the warrant, and a detention hearing. The government did not seek detention, and the Court released Defendant on an Appearance Bond and an Order Setting Conditions of Release.

1

In the Order Setting Conditions of Release, Defendant was ORDERED to appear on June 20, 2016 at 10:00 a.m. [Central Time] in the United States District Court for the Northern District of Alabama (Huntsville).

It is, therefore, ORDERED that:

1. Defendant shall be RELEASED on bond conditions pending his appearance before the Federal District Court for the Northern District of Alabama.

2. Defendant shall appear in the Federal District Court for the Northern District of Alabama on June 20, 2016 at 10:00 a.m., Central Time. The Clerk of Court for the Northern District of Alabama should immediately notify the United States Attorney for that district of Defendant's arrival so that further proceedings may be promptly scheduled before a U.S. Magistrate Judge.

3. The clerk for the Eastern District of Tennessee shall promptly transmit the papers relating to this case to the Northern District of Alabama.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE